IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER HENRIQUEZ, | ) | |
| Plaintiff(s), | ) | No. C 11-4832 CRB (PR) |
| vs. | ) | ORDER OF TRANSFER |
| DETECTIVE RODRIQUEZ, et al., | ) | (Docket # 2 & 4) |
| Defendant(s). | ) | |

Plaintiff, a prisoner at San Quentin State Prison in San Quentin, California, has filed a pro se complaint under 42 U.S.C. § 1983 seeking the return of property seized from him by law enforcement officers at JFK Airport in Queens County, New York. A substantial part of the events or omissions giving rise to the claim occurred, a substantial part of property that is the subject of the action is situated, and the defendants named reside, in Queens County, New York, which lies within the venue of the Eastern District of New York. See 28 U.S.C. § 112(c). Venue therefore properly lies in the Eastern District of New York. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of New York.

The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED: Oct. 18, 2011

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.11\Henriquez, C.11-4832.transfer.wpd